

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

A. Michael Weber
212.583.2660 direct
212.583.9600 main
212.832.2719 fax
mweber@littler.com

August 31, 2015

**VIA ECF**
**(as a letter motion)**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Passarinho et al v. Handybook, Inc. et al.*
     Case No. 1:15-cv-03984-LGS

Dear Judge Schofield:

We represent Handy Technologies, Inc. ("Handy") in the above-referenced matter.

We write pursuant to Rule I(B)(2) of Your Honor's Individual Rules and Procedures for Civil Cases in order to request a 30-day adjournment of the initial conference currently scheduled for September 2, 2015 at 10:40 am. Handy has made an informal document production and the parties are continuing settlement negotiations. Additionally, Handy has not yet been served with the complaint.[1] Plaintiff had previously requested two adjournments of this conference, which were granted. This is Handy's first request for an adjournment. We were unable to reach Plaintiff's counsel in order to obtain his consent of this request before the deadline to file this letter. Thank you for the Court's consideration of this request.

Respectfully submitted,

LITTLER MENDELSON, P.C.

A. Michael Weber

cc:  Brian Greben, Esq. (via ECF)

---

[1] By filing this letter, Handy does not waive formal service of process on behalf of itself or any of the individually named defendants.

littler.com