```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DINIS PASSARINHO et al.,                            :
                                                    :       ORDER
                        Plaintiffs,                 :       15 Civ. 3984 (LGS) (GWG)
                                                    :
        -v.-                                        :
                                                    :
HANDYBROOK, INC et al.,                             :
                                                    :
                        Defendants.                 :
------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

A conference in this matter is scheduled for March 7, 2016 at 3:15 p.m. in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York. All parties should be prepared to report to the Court on the status of the case.

This conference is the only matter scheduled for this date and time. The parties should arrive a few minutes early so that the conference may begin promptly.

Upon receipt of this order each attorney is directed to ensure that all other attorneys on the case are aware of the conference date and time. In accordance with paragraph 1. F of this Court's Individual Practices (available at: http://www.nysd.uscourts.gov/judge/Gorenstein), any requests for an adjournment must be made in writing at least 48 hours prior to the conference and must set forth the reasons for the requested adjournment. Prior to making such a request, the party should contact Chambers at (212) 805-4260 to determine an alternative date for which the Court is available for a rescheduled conference. The written application for an adjournment must include a statement as to all other parties' positions on the change in conference date and must propose an alternative date, as provided by Chambers, to which all parties are agreeable.

SO ORDERED.

Dated: March 1, 2016
       New York, New York

                                                    _____
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge