UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DINIS PASSARINHO et al.,                          :

                                                           :          ORDER
                Plaintiffs,                           15 Civ. 3984 (LGS) (GWG)
                                                           :

    -v.-
                                                           :

HANDYBROOK, INC et al.,
                                                           :

                Defendants.         :
------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The application (Docket # 63) to file the joint request for approval under seal is granted. A courtesy copy of the application shall be sent to Chambers. A redacted copy of the application shall be filed on ECF. The joint request should append a copy of the settlement agreement.[1]

      SO ORDERED.

Dated: March 28, 2016
       New York, New York

                                                          _____
                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge

---

[1] In the Court's view, the question of whether the Court should approve the agreement notwithstanding the confidentiality clause is appropriately considered as part of the Court's adjudication of the planned joint request for approval of the agreement. Accordingly, the Court does not address that issue now.