UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DINIS PASSARINHO and ANDREW E. SAXE, on behalf of themselves and others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>HANDYBOOK, INC., a/k/a HANDY TECHNOLOGIES, INC., OISIN HANRAHAN, UMANG DUA, and CAROLYN CHILDERS,<br><br>Defendants. | 15-cv-3984 (LGS) (GWG)<br><br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT** |
| HANDYBOOK, INC., a/k/a HANDY TECHNOLOGIES, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>DINIS PASSARINHO and ANDREW E. SAXE,<br><br>Counterclaim-Defendants. | **Filed Under Seal<br>Via Facsimile** |

























































