UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DINIS PASSARINHO et al.,

          Plaintiffs,

-v.-

HANDYBROOK, INC et al.,

          Defendants.
------------------------------------------------------------X



ORDER OF DISMISSAL
15 Civ. 3984 (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    The complaint in this matter contains some claims under the Fair Labor Standards Act ("FLSA") as well as claims under other provisions of law. The Answer makes nine counterclaims unrelated to the Fair Labor Standards Act. In a document dated April 12, 2016, the parties have submitted a proposed settlement agreement to resolve all the claims — that is, both the claims under the FLSA as well as all the other claims.

    Having reviewed the proposed settlement agreement, the Court find that it is fair and reasonable. The settlement is approved.

    Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement.

    All pending motions are moot. The Clerk is requested to close the case.

    SO ORDERED.

Dated: April 28, 2016
       New York, New York

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge